United States Courts
Southern District of Texas
FILED

*March 25, 2026*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **4:26-cr-188** |
| | § | |
| **VS.** | § | **CRIMINAL NO. H-26-** |
| | § | |
| **OLUWASEGUN ADEKUNLE** | § | **MAGISTRATE NO. H-26-MJ-148** |
| **JAMECA BROUSSARD** | § | |
| **ALICIA RENEE CHASE** | § | |

## INDICTMENT

The United States Grand Jury charges:

At all times material herein:

1.      The Federal Deposit Insurance Corporation (FDIC) was an agency of the federal government which insured the deposits of member banks against loss up to $250,000 with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions.

2.      Wells Fargo Bank, including its branches, was a financial institution the deposits of which were insured by the FDIC.

3.      Frost Bank, including its branches, was a financial institution the deposits of which were insured by the FDIC.

4.      International Bank of Commerce, including its branches, was a financial institution the deposits of which were insured by the FDIC.

## COUNT 1
### (Conspiracy to Commit Bank Fraud - 18 U.S.C. § 1349)

**A.      INTRODUCTION**

1.      The Grand Jury adopts, realleges, and incorporates herein the allegations in

paragraphs 1-4 of the Introduction of this Indictment as if set out fully herein.

**B.    THE CONSPIRACY AND ITS OBJECTS**

2.    From on or about June 2, 2023, and continuing until on or about June 26, 2025, in the Houston, Victoria and Corpus Christi Divisions of the Southern District of Texas and elsewhere,

**OLUWASEGUN ADEKUNLE,**
**JAMECA BROUSSARD, and**
**ALICIA RENEE CHASE,**

Defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury to execute and attempt to execute a scheme and artifice to defraud Wells Fargo Bank, Frost Bank, International Bank of Commerce and others, all financial institutions the accounts of which were insured by the FDIC, and to obtain money, funds, and property under the custody and control of the above-listed financial institutions, by means of false and fraudulent pretenses, representations, and promises in violation of Title 18, United States Code, Section 1344 (Bank Fraud).

**C.    THE MANNER AND MEANS OF THE CONSPIRACY**

The manner and means of the conspiracy were as follows:

3.    The conspirators stole and otherwise unlawfully acquired the personal identification information (PII) of other real people.

4.    The conspirators used the unlawfully acquired PII to file false income tax returns seeking large refunds.

5.    The conspirators manufactured counterfeit government identification documents such as driver's licenses, passports and identification cards. These documents were used to open bank accounts, rent mailboxes and as identification when presenting unlawfully acquired checks to banks.

2

6.      The conspirators used bank accounts opened with unlawfully acquired PII to receive wire transfers induced by fraud.   These wire transfers were sent by victim companies that were defrauded into believing that they were paying a legitimate debt.

7.      The conspirators charged airline tickets, luxury goods and services to credit card accounts.   They then attempted to defraud the credit card companies by disputing the charges and keeping the merchandise.

8.      The conspirators withdrew the proceeds of their various fraudulent activities through ATM withdrawals, counter withdrawals and by writing checks from the accounts.

In violation of Title 18, United States Code, Section 1349.

**COUNTS 2-4**
(Bank Fraud - 18 U.S.C. § 1344)

A.      **INTRODUCTION**

1.      The allegations in paragraphs 1-4 of the Introduction of this Indictment are hereby adopted, realleged, and incorporated as if set out fully herein.

B.      **THE SCHEME AND ARTIFICE TO DEFRAUD**

2.      Beginning on or about June 2, 2023, and continuing through at least June 26, 2025, in the Houston, Victoria and Corpus Christi Divisions of the Southern District of Texas, and elsewhere,

**OLUWASEGUN ADEKUNLE,**
**JAMECA BROUSSARD, and**
**ALICIA RENEE CHASE,**

Defendants herein, aiding and abetting each other and aided and abetted by others, did knowingly execute and attempt to execute a scheme and artifice to defraud Wells Fargo Bank, Frost Bank, International Bank of Commerce, and others, all financial institutions the accounts of which were

insured by the FDIC, and to obtain moneys and funds owned by and under the custody and control of the above-listed financial institutions, by means of false and fraudulent pretenses, representations, and promises as further set forth in the counts below.

## C.      THE MANNER AND MEANS OF THE SCHEME

3.      Among the manner and means by which the defendants sought to accomplish and did accomplish the purpose of the scheme to defraud are the acts set forth in paragraphs 3 through 8 of Count One of this Indictment, hereby re-alleged and incorporated as if fully set forth in these counts.

## D.      EXECUTION OF THE SCHEME AND ARTIFICE

4.      The Defendants executed and attempted to execute the scheme and artifice set forth above by knowingly and fraudulently presenting for deposit checks that had been obtained unlawfully, as described in the transactions listed below:

| COUNT | DATE | INSTITUTION OF DEPOSIT | VICTIM | TOTAL AMOUNT |
|---|---|---|---|---|
| TWO | November 2,2023 | Frost Bank | H.S. | $361,573.80 |
| THREE | November 9, 2023 | Wells Fargo Bank | C.A. and C.A. | $1,889,920.71 |
| FOUR | November 9, 2023 | International Bank of Commerce | C.O. and A.O. | $308,151.65 |

In violation of Title 18, United States Code, Sections 1344 and 2.

## COUNTS 5-7
### (Aggravated Identity Theft- 18 U.S.C. § 1028A)

From on or about June 2, 2023, until on or about June 26, 2025, in the Houston, Victoria and Corpus Christi Divisions of Southern District of Texas and elsewhere,

4

**OLUWASEGUN ADEKUNLE,**
**JAMECA BROUSSARD, and**
**ALICIA RENEE CHASE,**

Defendants herein, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another, that is, the name, date of birth and bank account numbers of real persons, during and in relation to a violation of Title 18, United States Code, Section 1344 (Bank Fraud), as described below:

| COUNT | DATE | BANK | VICTIM |
|-------|------|------|--------|
| **FIVE** | November 2,2023 | Frost Bank | H.S. |
| **SIX** | November 9,2023 | Wells Fargo Bank | C.A. |
| **SEVEN** | November 9,2023 | International Bank of Commerce | A.O. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## NOTICE OF FORFEITURE
(18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), & 982(a)(2); 28 U.S.C. § 2461(c))

Pursuant to Title 18, United States Code, Section 982 (a)(2)(A), the United States gives notice to the defendant,

**OLUWASEGUN ADEKUNLE,**
**JAMECA BROUSSARD, and**
**ALICIA RENNE CHASE,**

that in the event of conviction of the offenses charged in Counts 1 through 7 of this Indictment, the United States intends to seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, as the result of such offenses.

Pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), the United States gives notice to defendants

**OLUWASEGUN ADEKUNLE,**

**JAMECA BROUSSARD, and**
**ALICIA RENNE CHASE,**

that in the event of conviction of the offenses charged in Counts 1-7 of this Indictment, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

## **Money Judgment and Substitute Assets**

The United States gives notice that it will seek a money judgment against each defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendants up to the value of the property subject to forfeiture.

TRUE BILL

Original Signature on File

_____
FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK Acting
United States Attorney

_____
JAY HILEMAN
Assistant United States Attorney

6